United States District Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

**UUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LIGHTHOUSE TRANSPORTATION SERVICES, LLC AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (CERT. IRPI-GL-21-561), | § | |
| Plaintiff. | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00174 |
| SILVER FROG FREIGHT LOGISTICS, LLC, | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On January 14, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 18. Judge Edison filed a memorandum and recommendation on August 28, 2026, recommending that the plaintiff's motion for default judgment (Dkt. 31) be denied and this case dismissed without prejudice for want of jurisdiction. Dkt. 36.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 36) is approved and adopted in its entirety as the holding of the court;

(2) The plaintiff's motion for default judgment (Dkt. 31) is denied; and

(3) This case is dismissed without prejudice for want of jurisdiction.

SIGNED on Galveston Island this 14th day of September 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE